AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mindgeek Los Angeles**
was received by me on *(date)* **01/26/2020**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Angela Robitaille**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Mindgeek Los Angeles**
at 21800 Oxnard Street, Suite 150, Woodland Hills, CA 91367   on *(date)* **01/27/2020 at 12:03 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **01/28/2020**

*Server's signature*

Jenni Ann Conroy, Orange County #6065
*Printed name and title*

1519 E Chapman Ave, #68
Fullerton, CA 92831
*Server's address*

Additional information regarding attempted service, etc: