LAW OFFICES OF MITCHELL S. SEGAL, P.C.
1010 NORTHERN BOULEVARD
SUITE 208
GREAT NECK, NEW YORK 11021
Ph: (516) 415-0100
Fx: (516) 706-6631

N.Y.C. Office
137 Fifth Avenue, 9th Floor
New York, N.Y. 10010
Ph: (212) 388-9444

Via ECF Filing
Honorable Magistrate Judge Robert M. Levy
U.S. District Court – EDNY
225 Cadman Plaza East,
Brooklyn, New York 11201

April 24, 2020

Re: *Yaroslav Suris et al. v. Mindgeek Holdings SARL*
*Case No.: 1:20-00284-CBA-RML*

Dear Honorable Magistrate Judge Robert M. Levy:

Pursuant to your Scheduling Order, *Doc # 8,* dated February 18, 2020, I am writing to notify you that the Defendant has filed a request for a pre-motion conference on its anticipated motion to dismiss and consequently will not be filing an answer prior to our initial conference scheduled for April 28, 2020 at 11:00 a.m.. I thank the Court for its review of this notification.

Respectfully submitted,

/s/ Mitchell Segal

Mitchell Segal

By ECF
Cc: Marc E. Mayer, Esq.
Mitchell Silberberg & Knupp LLP