**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
YAROSLAV SURIS, on behalf of
himself and all others similarly
situated,

                        Plaintiff,

                                              CASE NO. 1:20-cv-00284-CBA-RML

       v.

MG FREESITES LTD, d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.A.R.L., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.a.r.l., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
JOHN DOE CORPS AND LLC'S 1-100

                        Defendants.
---------------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

Plaintiff, YAROSLAV SURIS, hereby notifies this Court that a settlement in principle has been reached. The parties request that all deadlines be suspended while they finalize a written agreement.

DATED this 6th day of November, 2020.

                                      Respectfully Submitted,
                                      By:   */s/ Mitchell Segal*
                                      Mitchell Segal, Esq.
                                      Law Offices of Mitchell S. Segal, P.C.
                                      Attorney for Plaintiff
                                      1129 Northern Boulevard, Suite 404
                                      Manhasset, New York 11030
                                      Ph: (516) 415-0100
                                      Fx: (516) 706-6631
                                      msegal@segallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 6th day of November, 2020.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)

## SERVICE LIST:

MITCHELL SILBERBERG & KNUPP, LLP

Bradley Mullins, Esq. (bym@msk.com)
Elaine Nguyen, Esq. (eln@msk.com)
437 Madison Avenue, 25th Floor
New York, N.Y. 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Marc Mayer (mem@msk.com)
*Admitted Pro Hac Vice*
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorney for Defendant MG Freesites, Ltd.*