UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAROSLAV SURIS, on behalf of himself and
all others similarly situated,

                Plaintiff,

        CASE NO. 1:20-cv-00284-CBA-RML

v.

        STIPULATION OF VOLUNTARY
        DISMISSAL WITH PREJUDICE

MG FREESITES LTD, d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.A.R.L., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.a.r.l., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
JOHN DOE CORPS AND LLC'S 1-100

                Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby voluntarily dismissed with prejudice. Each party shall bear its own legal fees and costs.

LAW OFFICES OF MITCHELL S. SEGAL, P.C.    MITCHELL SILBERGERG & KNUPP, LLP

By: ___/s/___                                  By: ___/s/___
Mitchell S. Segal, Esq.                         Marc Mayer, Esq.
*Attorney for Plaintiff*                           *Admitted Pro Hac Vice*
1129 Northern Boulevard, Suite 404         *Attorney for Defendant MG Freesites, Ltd.*
Manhasset, New York 11030                2049 Century Park East, 18th Floor
Ph (516) 415-0100                              Los Angeles, CA 90067-3120
Fx (516) 706-6631                              Ph (310) 312-2000
msegal@segallegal.com                      Fx (310) 312-3100
                                                    mem@msk.com
Dated: 1/11/2021                               Dated: 1/11/2021