Clerk's Office
Filed Date: 1/20/21

3:31 PM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

YAROSLAV SURIS, on behalf of himself and all others similarly situated,

                                Plaintiff,

           v.

MG FREESITES LTD, d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.A.R.L., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
MG FREESITES S.a.r.l., d/b/a PORNHUB.COM
d/b/a REDTUBE COM d/b/a YOUPORN.COM,
JOHN DOE CORPS AND LLC'S 1-100

                           Defendants.

-------------------------------------------------------X

**CASE NO. 1:20-cv-00284-CBA-RML**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby voluntarily dismissed with prejudice. Each party shall bear its own legal fees and costs.

LAW OFFICES OF MITCHELL S. SEGAL, P.C.

By: _____
    Mitchell S. Segal, Esq.
    *Attorney for Plaintiff*
    1129 Northern Boulevard, Suite 404
    Manhasset, New York 11030
    Ph (516) 415-0100
    Fx (516) 706-6631
    msegal@segallegal.com

Dated: __1/11/2021__

MITCHELL SILBERGERG & KNUPP, LLP

By: _____
    Marc Mayer, Esq.
    *Admitted Pro Hac Vice*
    *Attorney for Defendant MG Freesites, Ltd.*
    2049 Century Park East, 18th Floor
    Los Angeles, CA 90067-3120
    Ph (310) 312-2000
    Fx (310) 312-3100
    mem@msk.com
Dated: __1/11/2021__

SO ORDERED
/s/ Carol Bagley Amon (1/20/21)
Carol Bagley Amon
U.S.D.J.